IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

        Plaintiff,

  v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

        Defendant.
_____/

No. C 06-07836 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On January 3, 2007, Plaintiff R.K. filed an *ex parte* application for a temporary restraining order against Defendants Hayward Unified School District ("HUSD") and Esther B. Clark Schoool ("EBC"). Plaintiff seeks a temporary restraining order to require HUSD and EBC to comply with the Office of Administrative Hearings' Stay Put Order.

The Court HEREBY ORDERS that Plaintiff shall serve a copy of this Order on Defendants by no later than 4:00 p.m. today, January 4, 2007. A proof of such service must be filed by no later than January 5, 2007. The Court FURTHER ORDERS that HUSD and EBC shall file, and hand deliver a copy to the Court's chambers, an opposition to Plaintiff's application by no later than 12:00 p.m. on January 9, 2007. Plaintiff may file, and hand deliver a copy to the Court's chambers, a reply by no later than 12:00 p.m. on January 12, 2007.

The Court ORDERS that this matter shall be set for a hearing on Friday, January 19,

1  2007 at 9:00 a.m., but reserves the right to vacate the hearing if, after considering the parties'
2  papers it determines that a hearing is not warranted.
3  **IT IS SO ORDERED.**

5  Dated: January 4, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE