MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar No. 163731
Assistant General Counsel
GABRIEL C. VIVAS, State Bar No. 092434
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 94244-2720
Telephone: (916) 319-0860
Facsimile: (916) 319-0155
Email: gvivas@cde.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.K., a minor, by and through his parents, T.K. and C.K.,, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD UNIFIED SCHOOL DISTRICT, VALERIE BAUGH, in her individual capacity, CALIFORNIA DEPARTMENT OF EDUCATION, CHILDREN'S HEALTH COUNCIL a corporation also doing business as ESTHER B. CLARK a non public school, ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES, CAROLYN NOVESEL, in her official capacity as a Director for Children's System of Care a division of ALAMEDA COUNTY BEHAVIORAL SERVICES, <br><br> Defendants. | Case No.C06-7836 JSW <br><br> REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, DECLARATION OF AMY BISSON HOLLOWAY IN SUPPORT OF REQUEST FOR EXTENSION OF TIME, AND PROPOSED ORDER |

Counsel for defendant, California Department of Education (CDE), hereby requests that this Court extend the time to February 6, 2007, for defendant CDE to file responsive pleadings. This request is based on the declaration of, Amy Bisson Holloway, and such other pleadings already on file

///

---

Case No. C 06-7836 JSW     1     Request and Declaration of Amy Bisson Holloway in Support of Request for Extension of Time

with the Court that might be relevant.

Dated: January 22, 2007                    Respectfully submitted,

                                             MARSHA A. BEDWELL
                                             General Counsel
                                             AMY BISSON HOLLOWAY
                                             Assistant General Counsel

                             By:   /s/ Amy Bisson Holloway
                                       AMY BISSON HOLLOWAY
                                       Assistant General Counsel

                                         Attorneys for Defendants

## DECLARATION

I, Amy Bisson Holloway, hereby declare the following:

1.     I am an attorney duly licensed to practice in the State of California, and admitted to practice before this Court. I am employed by the California Department of Education as the Assistant General Counsel. I am responsible for assigning cases to the various Deputy General Counsels under my supervision. This matter has been assigned to Deputy General Counsel Gabriel C. Vivas.

2.     Gabriel Vivas was out of the office due to a hearing in southern California and on vacation from January 11, 2007 – January 15, 2007. On January 15, 2007, I was advised that Mr. Vivas was ill, and would not be in the office on January 16, 2007. Late in the day on January 17, 2007, I received a communication from Mr. Vivas advising me that his doctor said that he would not be able to return to work for 7-10 days.

3.     The Complaint in this matter was received in the Legal Division on January 3, 2007. CDE's responsive pleading is due January 23, 2007.

4.     At my request, one of the other attorney's in the office, Gregory Rousseve, reviewed the file to determine if he could complete the necessary pleading. However, due to the complicated facts in the case, and other work demands, he is not able to file a responsive pleading by January 23, 2007. Mr. Vivas is the only attorney familiar with the facts of this case. At present there is no other attorney I am

---

Case No. C 06-7836 JSW                2      Request and Declaration of Amy Bisson Holloway in
                                                             Support of Request for Extension of Time

able to assign this matter to on short notice.

4. At my direction Mr. Rousseve contacted plaintiffs' counsel on January 19, 2007. It has been explained to plaintiffs' counsel that Mr. Vivas is out of the office due to medical reasons. Plaintiffs' counsel does not oppose a continuance until February 6, 2007, for CDE to file its responsive pleading to the Complaint.

5. For all of the foregoing reasons, I respectfully request that this Court grant an extension of time of 14 days to file the responsive pleadings of CDE in this matter, which would require these filings no later than Tuesday, February 6, 2007.

I declare that the foregoing is true and correct under penalty of perjury of the laws of the State of California, and this declaration is executed at Sacramento, California on January 22, 2007.

          /s/ Amy Bisson Holloway
          AMY BISSON HOLLOWAY

**ORDER**

It is hereby ordered that counsel for defendant California Department of Education be granted an extension of time to February 6, 2007, to file the responsive pleadings in this matter.

DATED: February 1, 2007      By: *Jeffrey S. White*
                                              JEFFREY S. WHITE
                                              U.S. District Judge