IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.K., a minor, by and through his parents, T.K. and C.K.,<br><br>    Plaintiff,<br><br>  v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendant. | No. C 06-07836 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on March 30, 2007 on Defendant California Department of Education's motion to dismiss.  The Court HEREBY ORDERS that Plaintiff's opposition brief to this motion shall be due by Friday, February 23, 2007 and Defendant's reply brief shall be due by Friday, March 2, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 8, 2007

                                                               JEFFREY S. WHITE<br>
                                                               UNITED STATES DISTRICT JUDGE