IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

    Plaintiff,

vs.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

CASE NO. C 06-07836 JSW

[PROPOSED] ORDER CHANGING TIME

[Civil Local Rules 6-2; 7-12]

Pursuant to the Stipulated Request for Order Changing Time submitted by the parties to this action,

IT IS HEREBY ORDERED that the following dates be set in this matter, and all prior dates vacated:

| Date | Event |
|---|---|
| 4/06/07 4/13/2007 | Last day for Plaintiff to file oppositions to Motions to Dismiss filed by (1) Alameda County Behavioral Services and Carloyn Novesel, (2) Hayward Unified School District and Valarie Baugh and (3) Children's Health Council |
| 4/13/07 4/20/07 | Last day for defendants Alameda County Behavioral Services, Carloyn Novesel, Hayward Unified School District, Valarie Baugh and Children's Health Council to file reply briefs on their Motions to Dismiss |
| 5/4/07 | HEARING ON MOTIONS TO DISMISS filed by (1) Alameda County Behavioral Services and Carloyn Novesel, (2) Hayward Unified School District and Valarie Baugh and (3) Children's Health Council in Courtroom 2, 17th floor at 9:00 a.m. |
| 5/11/2007 | Last day to: |

7

STIPULATED REQUEST FOR ORDER CHANGING TIME, DECLARATION AND PROPOSED ORDER
R.K. v. HAYWARD UNIFIED SCHOOL DISTRICT, ET AL. District Case No. C 06-7836 JSW

- meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

| | |
|---|---|
| 5/25/2007 | Last day to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report |
| 6/1/2007 | CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 17th floor at 1:30 p.m. |

PURUSANT TO STIPULATION IT IS SO ORDERED,

Dated: March 1, 2007

*Jeffrey S White*

The Honorable Jeffrey S. White
Judge of the United States District Court for the
Northern District of California

8

STIPULATED REQUEST FOR ORDER CHANGING TIME, DECLARATION AND ~~PROPOSED~~ ORDER
R.K. v. HAYWARD UNIFIED SCHOOL DISTRICT, ET AL. District Case No. C 06-7836 JSW