IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.K., a minor, by and through his parents, T.K. and C.K., <br><br> Plaintiff, <br><br> v. <br><br> HAYWARD UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendant. | No. C 06-07836 JSW <br><br> **ORDER RE REFERRAL, DISCOVERY, AND MOTION TO SEAL** |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge Maria-Elena James to conduct a settlement conference by no later than August 6, 2007, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

The Court ORDERS that all discovery in the above-captioned matter is HEREBY STAYED until the Court issues an order on the pending motions to dismiss.

Plaintiff moves to have this Court seal the record in its entirety. As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any order granting a request to seal shall

1  direct the sealing of only those documents, pages, or if practicable, those portions of documents
2  or pages that contain the information requiring confidentiality.  All other portions of such
3  documents shall remain in the public file.  Civil L.R. 79-5(b) & cmt.
4     Northern District Civil Local Rule 3-17(a)(1) provides that "[i]f the involvement of a
5  minor child must be mentioned in a pleading or other paper filed in the public file, only the
6  initials of the child should be used."  If a party seeks to file a document with the full name of
7  the minor, the party must publicly file a copy with the minor's name redacted and file an
8  unredacted version under seal in accordance with Civil Local Rule 79-5.  Due to the fact that
9  revealing the names of the minor's parents could inadvertently reveal the minor's identity, the
10 Court holds that this rule should be applied to Plaintiff's parents as well.
11    In light of the protection provided by the Local Rules, Plaintiff has not demonstrated
12 good cause why the entire case should be sealed.   Therefore, the Court DENIES Plaintiff's
13 motion to seal the entire record.  The parties are directed to review the documents they have
14 filed in this action.  If any pleading or exhibit contains the minor's name, or the name of the
15 minor's parents, the party who filed such document shall filed a request to file such documents
16 under seal in accordance with Civil Local Rule 79-5 and shall file a redacted version by no later
17 than May 18, 2007.
18    **IT IS SO ORDERED.**
19
20 Dated: May 4, 2007              _____
21                                 JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE
22
23 cc:  Wings Hom

2