IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

        Plaintiff,

  v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

        Defendant.

No. C 06-07836 JSW

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S SECOND MOTION TO SEAL**

On May 4, 2007, the Court denied Plaintiff's request to seal the record in its entirety but ruled that documents revealing the minor's name or his parents' names should be redacted. The Court directed the parties to review the documents they have filed in this action and to file requests to file documents under seal in accordance with Civil Local Rule 79-5 if they contain the minor's name or the name of the minor's parents by no later than May 18, 2007.[1] In response, Plaintiff filed a request to file two documents entirely under seal and to redact the names of the minor and his parents from nineteen other publicly filed documents.

Plaintiff seeks to have a settlement agreement and the IEP team meeting comments continuation page (Docket No. 5, Exs. A and B) filed under seal in their entirety. The Court DENIES this request for several reasons. First, Plaintiff's request is an improper motion for reconsideration without leave of Court in violation of Civil Local Rule 7-9(a). Second, Plaintiff

---

[1] The Court notes that Civil Local Rule 79-5(b) provides that parties seeking to file documents under seal should file an Administrative Motion in conformance with Civil Local Rule 7-11. It is not necessary to file a noticed motion. The Court HEREBY VACATES the hearing set for June 22, 2007.

has not demonstrated how, in light of the redaction of the minor's and parents' names from the publicly filed documents, these documents would reveal the minor's identity.

The Court GRANTS Plaintiff's request to seal the names of the minor and of his parents for all twenty-two of the documents submitted by Plaintiff in connection with his request to seal. The Court notes that Plaintiff's counsel appears to have confused which documents should be publicly filed and which documents should be filed under seal. By no later than June 29, 2007, Plaintiff shall provide *unredacted* documents to be *filed under seal* and shall *publicly file* the *redacted* versions of these documents.

**IT IS SO ORDERED.**

Dated: June 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2