Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| R.K., a minor, by and through his parents, T.K. and C.K., <br><br> Plaintiff, <br><br> vs. <br><br> HAYWARD UNIFIED SCHOOL DISTRICT, VALERIE BAUGH, in her individual capacity, CALIFORNIA DEPARTMENT OF EDUCATION, CHILDREN'S HEALTH COUNCIL, a corporation also doing business as ESTHER B. CLARK a non public school, ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES, CAROLYN NOVESEL, in her official capacity as a Director for Children's System of Care a division of ALAMEDA COUNTY BEHAVIORAL SERVICES, <br><br> Defendant. | CASE NO. C06-07836 JSW <br><br> [~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's order of September 21, 2007, granting Defendant Hayward Unified School District's motion to dismiss Plaintiff R.K.'s First Amended Complaint, JUDGMENT IS ENTERED in favor of Hayward Unified School District and against R.K. as to all claims contained in this action.

Dated: __October 10, 2007_____

_____
The Honorable Jeffrey S. White
Judge of the United States District Court
for the Northern District of California

00199.00121/44969.1                                                                                                  C06-07836 JSW