**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

        Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

        Defendant.

No. C 06-07836 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on March 28, 2008 on Defendant California Department of Education's motion to dismiss and on Defendant Children's Health Council's motion to dismiss and motion to strike. The Court HEREBY ORDERS that Plaintiff's oppositions to these motions shall be due by Tuesday, January 29, 2008 and Defendants' respective replies shall be due by Tuesday, February 5, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 15, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE