IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

    Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. C 06-07836 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S SECOND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On January 17, 2008, Plaintiff R.K. filed an *ex parte* application for a temporary restraining order ("TRO") seeking to stay the due process hearing scheduled to take place before the California Office of Administrative Hearings on January 22, 2008.

The Court HEREBY ORDERS that any Defendant wishing to be heard on this matter shall file an opposition to Plaintiff's application by no later than 10:00 a.m. on January 18, 2008. The Court FURTHER ORDERS that this matter shall be set for a hearing on Friday, January 18, 2007 at 2:00 p.m., but reserves the right to vacate the hearing if, after considering the parties' papers it determines that a hearing is not warranted.

The Court ORDERS that Plaintiff shall serve a copy of this Order on defendant Hayward Unified School District ("HUSD") by no later than 11:00 a.m. today, January 17, 2008.

**IT IS SO ORDERED.**

Dated: January 17, 2008

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE