1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT

7
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   R.K., a minor, by and through his parents, T.K.
    and C.K.,
10                                                          No. C 06-07836 JSW

             Plaintiff,
11

12      v.                                                  **ORDER SETTING BRIEFING
                                                            SCHEDULE AND HEARING ON**
    HAYWARD UNIFIED SCHOOL DISTRICT,                        **PLAINTIFF'S SECOND EX**
13  et al.,                                                 **PARTE APPLICATION FOR
                                                            TEMPORARY RESTRAINING**
14           Defendants.                                    **ORDER**
                                            /
15

16          On January 17, 2008, Plaintiff R.K. filed an *ex parte* application for a temporary

17  restraining order ("TRO") seeking to stay the due process hearing scheduled to take place

18  before the California Office of Administrative Hearings on January 22, 2008.

19          The Court HEREBY ORDERS that any Defendant wishing to be heard on this matter

20  shall file an opposition to Plaintiff's application by no later than 11:00 a.m. on January 18,

21  2008.  The Court FURTHER ORDERS that this matter shall be set for a hearing on Friday,

22  January 18, 2007 at 2:00 p.m., but reserves the right to vacate the hearing if, after considering

23  the parties' papers it determines that a hearing is not warranted.

24          The Court ORDERS that Plaintiff shall serve a copy of this Order on defendant

25  Hayward Unified School District ("HUSD") by no later than 1:30 p.m. today, January 17, 2008.

26          **IT IS SO ORDERED.**

27  Dated: January 17, 2008                    _____
                                                JEFFREY S. WHITE
28                                              UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28