**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.K., a minor, by and through his parents, T.K. and C.K.,

    Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

AND RELATED CROSS COMPLAINT

No. C 06-07836 JSW

**JUDGMENT**

Pursuant to the Order granting the motion to dismiss filed by the California Department of Education and declining to exercise supplemental jurisdiction over the remaining state-law claim against the Children's Health Council, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

*Jeffrey S. White*

1  Dated: April 23, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE